UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

FERRERO S.P.A. and FERRERO U.S.A., INC.,

        Plaintiffs,

        v.

GCAS GROUP LLC, ANDRE SHELEG, and
GLEB CHEMERISOV,

        Defendants.

- - - - - - - - - - - - - - - - - - -x

Civil Action No.:

COMPLAINT

Trial By Jury Demanded

Plaintiffs Ferrero S.p.A. and Ferrero U.S.A., Inc. (collectively and individually, "Plaintiffs" or "Ferrero"), through their attorneys, complaining of defendants GCAS Group LLC, Andre Sheleg, and Gleb Chemerisov (collectively and individually, "Defendants" or "GCAS"), allege as follows:

## STATEMENT OF THE CASE

1.　This is an action for trademark infringement, unfair competition, and dilution, against GCAS's unlawful use of Ferrero's trademarks and service marks, or similar marks, in commerce in connection with GCAS's operating business name, the goods and services it provides under that name, and its advertisements and social media operations in conjunction with those goods and services.

## JURISDICTION AND VENUE

2.　This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338 and the Trademark Act of 1946, 15 U.S.C. § 1121 *et seq.*

592783.6

3.     This Court has supplemental jurisdiction over the claims in this Complaint which arise under state statutory and common law pursuant to 28 U.S.C. § 1367, since the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

<u>THE PARTIES</u>

5.     Plaintiffs Ferrero S.p.A. and Ferrero U.S.A., Inc., each an affiliate of Ferrero International S.A., are sister companies.

6.     Ferrero S.p.A., a corporation organized under the laws of Italy, has an office and principal place of business at Piazzale P. Ferrero 1, 12051 Alba (Cuneo), Italy.

7.     Ferrero U.S.A., Inc. is a corporation duly organized and existing under the laws of the State of Delaware, having an office and principal place of business at 600 Cottontail Lane, Somerset, New Jersey 08873.

8.     Upon information and belief, GCAS is a domestic limited liability company duly organized and existing under the laws of the State of New York, having a principal place of business at 82 5th Avenue, Brooklyn, NY 11217.

9.     Upon information and belief, Defendant Andre Sheleg ("Mr. Sheleg") is an individual who is a citizen of the United States of America and is domiciled in the State of New York with an address at 95 Titus Avenue, Staten Island, New York 10306.

10.     Upon information and belief, Defendant Gleb Chemerisov ("Mr. Chemerisov") is an individual who is a citizen of the United States of America and is domiciled in the State of New York with an address at 440 Neptune Avenue Apt 3E, Brooklyn, NY 11224.

11.     Upon information and belief, Mr. Sheleg and Mr. Chemerisov are the sole owners of GCAS Group LLC.

12.     Upon information and belief, Mr. Sheleg and Mr. Chemerisov have each engaged in the activities complained of in this Complaint; are the conscious, active and dominant forces behind GCAS Group LLC; GCAS Group LLC is the alter ego of Mr. Sheleg and Mr. Chemerisov; and that there exists a unity of interest and ownership among them.

<div align="center">FERRERO'S ACTIVITIES</div>

13.     Ferrero is part of the Ferrero Group of companies, one of the world's largest confectionery companies, which manufactures, advertises, distributes, offers for sale, and sells numerous food and confectionery products worldwide through its affiliates.

14.     One of Ferrero's most famous products is its hazelnut and cocoa spread offered and sold under the trademark NUTELLA (the "NUTELLA Mark").

15.     Ferrero offers for sale and sells products under the NUTELLA Mark using a distinctive and famous packaging mark (the "NUTELLA Jar"), a representative image of which is shown as:



16.     Ferrero offers for sale and sells products under the NUTELLA Mark using a distinctive and famous stylized mark where some of the letters are in black color and the remaining letters are in red-orange color (the "NUTELLA Color Mark", which is subsumed under the NUTELLA Mark), a representative image of which is shown as:

# nutella®

17.     Ferrero advertises and markets products under the NUTELLA Mark using the domain name www.nutella.com and www.nutellausa.com, and is the owner of the "nutelleria.com" domain name (the "Nutelleria Domain Name").    The term "Nutelleria" translates to an establishment which specializes in Nutella brand spread, and indicates a connection, authorization, or endorsement by Ferrero.    When consumers type the Nutelleria Domain Name into a web browser, they are automatically re-directed to Ferrero's main website located at www.ferrero.com.

18.     Ferrero is the owner of numerous trademark and service mark registrations in the U.S. Patent and Trademark Office for, *inter alia,* its NUTELLA Mark.   Of particular relevance herein, Ferrero owns, *inter alia*, the following registrations: (i) U.S. Trademark Registration No. 4,192,415 for the NUTELLA Color Mark, with a lower case black "n" followed by red-orange lower case letters, issued on August 21, 2012, for, *inter alia*, services for providing food and drink in International Class 43; (ii) U.S. Trademark Registration No. 4,578,315 for "NUTELLA", issued on August 5, 2014 for, *inter alia*, clothing in International Class 25; (iii) U.S. Trademark Registration No. 1,296,656 for "NUTELLA" in a design format, with a lower case black "n" followed by red-orange lower case letters, issued on September 18, 1984 for "cocoa and hazelnut spread" in International Class 30; and (iv) U.S. Trademark Registration No. 855,647 for "NUTELLA", issued on August 27, 1968 for "spread containing cocoa and other ingredients" in

International Class 29 (individually and collectively, the "NUTELLA Registrations"). Copies of the Certificates of Registration for the NUTELLA Registrations are attached to this Complaint as Exhibit 1.

19.     The NUTELLA Registrations are valid and subsisting, and have never been abandoned. Registration Nos. 1,296,656 and 855,647 are incontestable pursuant to 15 U.S.C. § 1065.

20.     The NUTELLA Mark (which includes the NUTELLA Color Mark) is inherently distinctive.

21.     Ferrero has spent substantial sums of money advertising and marketing its goods and services under the NUTELLA Mark (which includes the NUTELLA Color Mark) and the NUTELLA Jar (collectively and individually, the "NUTELLA Intellectual Property"), and, as a result, has received significant positive press and attention from the trade, consumers, and the purchasing public. As such, the NUTELLA Intellectual Property has gained a secondary meaning as denoting products and services of excellent quality and value stemming from Ferrero, and the NUTELLA Intellectual Property has become a business asset of immense value to Ferrero.

22.     By virtue of the wide renown acquired by the NUTELLA Intellectual Property, coupled with the extensive sale of various products distributed under this intellectual property, the NUTELLA Intellectual Property has become famous.

23.     Ferrero has authorized and currently authorizes selected third parties to prominently use Ferrero's NUTELLA products and to depict the NUTELLA Intellectual Property on authorized materials provided such third party agrees to certain conditions of use. Such use by selected third parties is carefully controlled by Ferrero to foster and promote the exemplary goodwill in the NUTELLA Intellectual Property, and all use by such entities inures to the benefit of Ferrero.

Further, a bar dedicated to the NUTELLA product was opened by Ferrero and Eataly at EATALY outlets both in New York and Chicago.  Representative photographs of the relevant location in New York City are attached to this Complaint as Exhibit 2.

<div align="center">GCAS'S INFRINGING ACTIVITIES</div>

24.     Upon information and belief, GCAS operates a café (the "GCAS Café") at 82 5th Avenue, Brooklyn, NY 11217 (the "GCAS Café Location") which specializes in offering food and drinks which use Ferrero's NUTELLA brand hazelnut and cocoa spread as the most prominent ingredient.

25.     Upon information and belief, GCAS owns the websites www.nutelleriany.com, www.nutelleriamia.com, and www.nutelleriala.com, and began advertising and marketing the GCAS Café under the service mark NUTELLERIA on the website.  A true and correct copy of a webpage from www.nutelleriany.com is attached to this Complaint as Exhibit 3.

26.     Upon information and belief, GCAS began advertising and marketing the GCAS Café under the service mark NUTELLERIA on social media.  Upon information and belief, GCAS owns or owned the following social media accounts: Nutelleria NY on Facebook (www.facebook.com/NutelleriaNYC); Nutelleria NYC on Twitter (twitter.com/NutelleriaNYC); and nutelleriany on Instagram (instagram.com/nutelleriany) (collectively and individually, the "Nutelleria Social Media Accounts").  True and correct copies of webpages from the Nutelleria Social Media Accounts are attached to this Complaint as Exhibit 4.

27.     Upon information and belief, GCAS began advertising and marketing the GCAS Café at the GCAS Café Location under the service mark NUTELLERIA.  A true and correct copy of a photograph showing NUTELLERIA signage at the GCAS Café Location is attached to this Complaint as Exhibit 5.

28.     Upon information and belief, GCAS advertised and marketed the GCAS café with (i) the NUTELLERIA word mark; (ii) the NUTELLERIA mark in a design format with a lower case black "n" followed by lower case red-orange letters; and (iii) the design mark comprising a spoon and jar with a lower case black "n" and red-orange "u" on the jar (collectively and individually, the "NUTELLERIA Marks"). True and correct images of the NUTELLERIA Marks are attached to this Complaint as Exhibit 6.

29.     On September 13, 2014, Ferrero hand delivered a letter to GCAS advising that use of the service mark NUTELLERIA as the name of the GCAS Café would infringe and dilute Ferrero's distinctive rights in the famous NUTELLA Mark, and requesting that GCAS not open the GCAS Café until Ferrero's legitimate concerns had been addressed. A true and correct copy of the September 13, 2014 letter is attached to this Complaint as Exhibit 7.

30.     GCAS and its counsel have had several communication exchanges since September 13, 2014 with representatives and counsel from Ferrero.

31.     Upon information and belief, at least as early as November 4, 2014, while counsel for Ferrero and counsel for GCAS were attempting to resolve this dispute, GCAS began use of the service mark NUTERIA as the name of the GCAS Café, without notifying Ferrero's counsel until after such use had begun. A true and correct copy of a webpage from ny.eater.com on the opening of Nuteria is attached to this Complaint as Exhibit 8.

32.     Upon information and belief, GCAS advertises and markets the GCAS café with (i) the NUTERIA word mark; (ii) the design mark comprising a jar with NUTERIA on the jar; and (iii) the NUTERIA mark in a design format with a lower case red-orange "nu" followed by lower case black letters (collectively and individually, the "NUTERIA Marks"). True and correct images of the NUTERIA Marks are attached to this Complaint as Exhibit 9.

33.     Upon information belief, GCAS owns the website www.nuteriany.com, and advertises and markets the GCAS café under the NUTERIA Marks on the website.  A true and correct copy of a webpage from www.nuteriany.com is attached to this Complaint as Exhibit 10.

34.     The www.nuteriany.com website makes prominent use of the NUTELLA Intellectual Property to such an extent that it gives the false impression that it is owned and operated by Ferrero or otherwise authorized, licensed, connected to, or sponsored by Ferrero when it is not.  A true and correct copy of a webpage from www.nuteriany.com is attached to this Complaint as Exhibit 11.

35.     Upon information and belief, GCAS advertises and markets the GCAS Café under the NUTERIA Marks on social media, including the following social media accounts which GCAS owns: Nuteria NY on Facebook (www.facebook.com/NuteriaNY); Nuteria NY on Twitter (twitter.com/nuteriany); and nuteriany on Instagram (instagram.com/nuteriany) (collectively and individually, the "Nuteria Social Media Accounts").  True and correct copies of representative webpages from the Nuteria Social Media Accounts are attached to this Complaint as Exhibit 12.

36.     Continuing from a time after November 4, 2014, GCAS continued to use the www.nutelleriany.com, www.nutelleriamia.com, and www.nutelleriala.com domain names to advertise and promote the GCAS Café, because when consumers type those domain names into a web browser, they are automatically re-directed to www.nuteriany.com.  A true and correct copy of the code showing the re-direct from www.nutelleriany.com to www.nuteriany.com is attached to this Complaint as Exhibit 13.

37.     Continuing from a time after November 4, 2014, GCAS continued to use the NUTELLERIA Marks on its website and social media platforms.  True and correct copies of

representative advertising using the NUTELLERIA Marks after November 4, 2014 are attached to this Complaint as Exhibit 14.

38.     Upon information and belief, as a direct result of GCAS's actions, the term NUTELLERIA functions as a mark to direct traffic to the GCAS Café.  A true and correct copy of the search results for "Nutelleria" using the Google search engine, which displays a map showing the GCAS Café Location and a link to www.nuteria.com, is attached to this Complaint as Exhibit 15.

39.     Upon information and belief, GCAS's use of Ferrero's products and the NUTELLA Intellectual Property on its websites and social media platforms is beyond what is necessary to accurately represent and describe that GCAS uses Ferrero's products in the GCAS Café, and, instead, gives the false impression that the GCAS Café is owned and operated by Ferrero or otherwise authorized, licensed, connected to, or sponsored by Ferrero when it is not.

40.     Upon information and belief, GCAS uses the stylized-font NUTERIA Mark on point of sale promotional materials that are provided or displayed at the GCAS Café when customers purchase food and drinks.  A true and correct image from yelp.com of a representative GCAS Café point of sale promotional material with the NUTERIA Mark is attached to this Complaint as Exhibit 16.

41.     Upon information and belief, GCAS visually displays the mark NUTERIA with the "NU" portion in a different visual presentation than the "TERIA" portion, which educates and dictates that the pronunciation of the prefix "NU" portion is identical to the beginning sound of NUTELLA.

42.     Upon information and belief, GCAS offers for sale and sells Nuteria t-shirts.  A true and correct copy of a webpage from www.nuteriany.com explaining where to buy the Nuteria t-shirts is attached to this Complaint as Exhibit 17.

43.     Upon information and belief, the interior of the GCAS Café prominently displays jars of Ferrero's NUTELLA brand hazelnut and cocoa spread, including within a lighted display case at the front of the store.  The jars are displayed for the purpose of creating an impression of a connection between the GCAS Café and Ferrero or the NUTELLA Intellectual Property.  A true and correct image of the interior of the GCAS Café is attached to this Complaint as Exhibit 18.

44.     Upon information and belief, the interior of the GCAS Café has a poster featuring the NUTELLA Intellectual Property for the purpose of creating an impression of a connection between the GCAS Café and Ferrero or the NUTELLA Intellectual Property.  A true and correct image of the Nutella poster inside the GCAS Café is attached to this Complaint as Exhibit 19.

45.     Upon information and belief, the interior of the GCAS Café has a poster of the Mona Lisa featuring the NUTELLA Intellectual Property for the purpose of creating an impression of a connection between the GCAS Café and Ferrero or the NUTELLA Intellectual Property.  A true and correct image of the Mona Lisa poster inside the GCAS Café is attached to this Complaint as Exhibit 20.

46.     Upon information and belief, GCAS offers for sale and sells expensive, Italian specialty jars of Ferrero's NUTELLA brand hazelnut and cocoa spread on the GCAS online store at https://squareup.com/market/NuteriaNY for the purpose of creating an impression of a direct connection between the GCAS Café and Ferrero or the NUTELLA Intellectual Property.  A true and correct copy of a webpage from https://squareup.com/market/NuteriaNY showing the products for sale by GCAS is attached to this Complaint as Exhibit 21.

47.     Upon information and belief, GCAS uses cocoa confection products manufactured by third parties as ingredients in food products offered for sale and sold inside the GCAS Café. Specifically, upon information and belief, GCAS uses cocoa powder manufactured by Ferrero's competitor Hershey Chocolate & Confectionery Corporation.   When consumers purchasing GCAS's products at the GCAS Café taste products made with Hershey brand cocoa, they will mistakenly believe that such product is a NUTELLA brand product, or is otherwise authorized or approved by Ferrero, when it is not.  Such use will deceive customers as to the quality of Ferrero's products and services, and will prevent Ferrero from controlling the nature and quality of confections which are attributed to, or associated with, Ferrero.  A true and correct image of a Hershey's Cocoa container inside the GCAS Café is attached to this Complaint as Exhibit 22.

48.     Upon information and belief, GCAS is operating in the State of New York, including in this judicial district.

49.     Ferrero has not authorized or consented to GCAS's use of the NUTELLA Intellectual Property.

50.     The use by GCAS of the NUTELLA Intellectual Property, or similar use, without Ferrero's consent, is likely to cause confusion and mistake in the minds of the purchasing public and, in particular, tends to and does falsely create the impression that the GCAS Café is owned and operated by Ferrero or otherwise authorized, licensed, connected to, or sponsored by Ferrero when it is not.

51.     Upon information and belief, the activities of GCAS complained of herein constitute willful and intentional infringement of Ferrero's rights, and were commenced and have continued in spite of GCAS's knowledge that the use of the NUTELLA Intellectual Property, or similar use, is in direct contravention of Ferrero's rights.

## COUNT I
## TRADEMARK INFRINGEMENT
### 15 U.S.C. § 1114

52.     Ferrero repeats and realleges the allegations contained in Paragraphs 1 through 51.

53.     GCAS's acts have caused or are likely to cause confusion, mistake, or deception as to the source of origin, sponsorship, or approval of the goods and services offered by and sold by GCAS in that purchasers and others are likely to believe that Ferrero authorizes and controls the GCAS Café or that the GCAS Café is associated with, related to, or is authorized or sponsored by Ferrero, when they are not.

54.     On information and belief, GCAS's acts have injured or are likely to injure Ferrero's image and reputation with the purchasing public by creating confusion about, and dissatisfaction with, Ferrero and the goods and services offered and sold.

55.     On information and belief, GCAS's advertising, marketing, offering, and sale of goods and services under the marks in the NUTELLA Registrations, or confusingly similar marks, is a deliberate, intentional, and willful attempt to confuse or deceive purchasers.

56.     GCAS's acts constitute infringement of the marks in the NUTELLA Registrations in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

57.     GCAS's acts irreparably damage Ferrero and, unless enjoined by this Court, will continue to irreparably damage Ferrero.  Ferrero has no adequate remedy at law for these wrongs and injuries.  Therefore, Ferrero is entitled to, among other things, an order enjoining and restraining GCAS from infringing the marks in the NUTELLA Registrations.

58.     The aforesaid and continuing acts of GCAS infringe the marks in the NUTELLA Registrations in violation of 15 U.S.C. § 1114.  Said continuing violation is causing and, unless enjoined, will continue to cause irreparable harm and damage to Ferrero and its business,

reputation, and goodwill and has caused Ferrero to suffer monetary damages and GCAS to obtain ill-gotten gains in an amount that has yet to be determined.

<div align="center">

COUNT II
FALSE DESIGNATIONS OF ORIGIN,
FALSE DESCRIPTIONS AND REPRESENTATIONS OF FACT
15 U.S.C. § 1125(a)

</div>

59.     Ferrero repeats and realleges the allegations contained in Paragraphs 1 through 51 and 53 through 56.

60.     GCAS has, in connection with the GCAS Café, used in commerce, and continues to use in commerce, the NUTELLA Intellectual Property, or confusingly similar marks. Such use tends to falsely describe sponsorship, association, or approval by Ferrero of the GCAS Café and the activities of GCAS.

61.     Upon information and belief, GCAS has falsely implied that it is licensee of Ferrero.

62.     GCAS's use of the NUTELLA Intellectual Property, or confusingly similar marks, in the advertising, marketing, offering, and sale of its goods and services constitutes the use in commerce of false descriptions and representations of fact tending to falsely describe or represent GCAS and the GCAS Café as being authorized, sponsored, affiliated, or associated with Ferrero, when they are not.

63.     GCAS's acts constitute the use in commerce of false designations of origin and false or misleading descriptions or representations of fact, tending to falsely or misleadingly describe or represent its goods and services as those of Ferrero, which is in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

64.     GCAS's acts irreparably damage Ferrero and, unless enjoined by this Court, will continue to irreparably damage Ferrero.  Ferrero has no adequate remedy at law for these wrongs and injuries.   Therefore, Ferrero is entitled to, among other things, an order enjoining and restraining GCAS from infringing the NUTELLA Intellectual Property.

65.     The aforesaid and continuing acts of GCAS infringe the NUTELLA Intellectual Property in violation of 15 U.S.C. § 1125(a).   Said continuing violation is causing and, unless enjoined, will continue to cause irreparable harm and damage to Ferrero and its business, reputation, and goodwill and has caused Ferrero to suffer monetary damages and GCAS to obtain ill-gotten gains in an amount that has yet to be determined.

<div align="center">

COUNT III
FEDERAL TRADEMARK DILUTION
15 U.S.C. § 1125(c)

</div>

66.     Ferrero incorporates and realleges all of the allegations in Paragraphs 1 through 51, 53 through 56, and 60 through 63.

67.     GCAS's activities in the advertising, marketing, and sale of its goods and services constitutes dilution of the NUTELLA Intellectual Property.

68.     The NUTELLA Intellectual Property has been used for many years and is recognized and associated with Ferrero.  The NUTELLA Intellectual Property is famous under 15 U.S.C. § 1125(c).

69.     The NUTELLA Intellectual Property is famous, as well as indicative of Ferrero's reputation for high quality and excellent customer service.   The purchasing public is likely to attribute GCAS's use of the NUTELLA Intellectual Property, or similar marks, as indicative of GCAS having authorization or sponsorship for its operating business name, the goods and  services it provides under that name, and its advertisements and social media operations in conjunction with

those goods and services.  Further, the public is likely to purchase the goods and services GCAS offers for sale in the erroneous belief that GCAS is associated with, sponsored by, or affiliated with Ferrero.

70.     Ferrero has not authorized or licensed the use of the NUTELLA Intellectual Property to GCAS.

71.     GCAS's unauthorized use of the NUTELLA Intellectual Property, or similar marks, in its advertising, marketing, and sale of goods and services is diluting the distinctive quality of the NUTELLA Intellectual Property and the goodwill associated with them in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

72.     Upon information and belief, GCAS is intentionally and willfully utilizing the NUTELLA Intellectual Property and similar marks and is trading on Ferrero's reputation and goodwill.

73.     GCAS's acts irreparably damage Ferrero and, unless enjoined by this Court, will continue to irreparably damage Ferrero.  Ferrero has no adequate remedy at law for these wrongs and injuries.  Therefore, Ferrero is entitled to, among other things, an order enjoining and restraining GCAS from infringing the NUTELLA Intellectual Property.

74.     The aforesaid and continuing acts of GCAS infringe the NUTELLA Intellectual Property in violation of 15 U.S.C. § 1125(c).  Said continuing violation is causing and, unless enjoined, will continue to cause irreparable harm and damage to Ferrero and its business, reputation, and goodwill and has caused Ferrero to suffer monetary damages in an amount that has yet to be determined.

75.     Ferrero is entitled to recover all damages sustained as a result of GCAS's unlawful and willful conduct, including GCAS's profits, and Ferrero's damages.

COUNT IV
ANTI-DILUTION AND UNFAIR TRADE PRACTICES
NEW YORK GENERAL BUSINESS LAW § 360-l

76.     Ferrero repeats and realleges the allegations contained in Paragraphs 1 through 51, 53 through 56, 60 through 63, and 67 through 72.

77.     Ferrero, on behalf of itself and the general public, seeks recovery from GCAS for violation of New York General Business Law § 360-l, et seq.

78.     GCAS's unauthorized use of the NUTELLA Intellectual Property, or similar marks, in its advertising, marketing, and sale of goods and services is diluting the distinctive quality of the NUTELLA Intellectual Property and the goodwill associated therewith.

79.     By virtue of GCAS's unauthorized use and promotion of the NUTELLA Intellectual Property, or similar marks, such use trading on the goodwill associated with Ferrero and made for purposes of influencing consumers, GCAS has misled and will continue to mislead the public into assuming a connection between Ferrero and the GCAS Café.

80.     By falsely suggesting a connection with or sponsorship by Ferrero, GCAS is likely to cause public confusion constituting unfair competition within the meaning of New York Business Law § 360-l.

81.     GCAS's acts irreparably damage Ferrero and, unless enjoined by this Court, will continue to irreparably damage Ferrero.  Ferrero has no adequate remedy at law for these wrongs and injuries.  Therefore, Ferrero is entitled to, among other things, an order enjoining and restraining GCAS from infringing the NUTELLA Intellectual Property.

## COUNT V
## UNFAIR COMPETITION
## NEW YORK COMMON LAW

82.     Ferrero repeats and realleges the allegations contained in Paragraphs 1 through 51,

53 through 56, 60 through 63, 67 through 72, and 77 through 80.

83.     This claim arises under the common law of the State of New York relating to

trademark infringement and unfair competition.

84.     As more fully set forth above, the NUTELLA Intellectual Property has gained a

secondary meaning as denoting products and services of excellent quality and value stemming

from Ferrero.

85.     As a result of GCAS's use of the NUTELLA Intellectual Property, the trade,

consumers, and purchasing public is likely to believe erroneously that the GCAS Café is owned

and operated by Ferrero or otherwise authorized, licensed, connected to, or sponsored by Ferrero.

86.     On information and belief, GCAS has intentionally appropriated the NUTELLA

Intellectual Property with the intent of causing confusion, mistake, and deception as to GCAS's

relationship with Ferrero, and, as such, GCAS has committed trademark infringement and unfair

competition under the common law of this State.

87.     GCAS's acts irreparably damage Ferrero and, unless enjoined by this Court, will

continue to irreparably damage Ferrero.  Ferrero has no adequate remedy at law for these wrongs

and injuries.  Therefore, Ferrero is entitled to, among other things, an order enjoining and

restraining GCAS from infringing the NUTELLA Intellectual Property.

### PRAYER FOR RELIEF

WHEREFORE, Ferrero demands judgment against GCAS as follows:

592783.6                                    17

I.      That a permanent injunction be issued enjoining and restraining GCAS Group LLC, Andre Sheleg, and Gleb Chemerisov and their officers, agents, servants, employees and attorneys and all those in active concert or participation with them from the advertising, marketing, offering and sale of goods and services under the NUTELLERIA Marks, the NUTERIA Marks, any components and elements of them, any similar marks or business names, and/or any other marks or business names which infringe the NUTELLA Intellectual Property.

II.     Requiring GCAS to pay to Ferrero such actual damages as Ferrero has sustained in consequence of the acts of infringement, unfair competition, and dilution by GCAS complained of herein, and that any such monetary award be enhanced up to three times pursuant to the provisions of 15 U.S.C. § 1117.

III.    Requiring GCAS to account to Ferrero for all profits resulting from GCAS's infringing activities and that such award of profits to Ferrero be increased by the Court as provided for under 15 U.S.C. § 1117.

IV.     Requiring GCAS to pay to Ferrero such damages as Ferrero has sustained as a consequence of GCAS's willful dilution of the NUTELLA Intellectual Property and to account for all gains, profits, and advantages derived by GCAS for its willful dilution of the NUTELLA Intellectual Property through the operation and advertising of the GCAS Café pursuant to 15 U.S.C. §§ 1125(c) and 1117(a) and that the award to Ferrero be trebled as provided for under 15 U.S.C. § 1117.

V.      Requiring GCAS to pay to Ferrero such damages as Ferrero has sustained and profits GCAS has realized as a consequence of GCAS engaging in unfair competition and trademark infringement to the fullest extent allowed by state and common law.

VI.   Ordering that Ferrero recover the costs of this action together with reasonable attorneys'
and investigators' fees in this action pursuant to 15 U.S.C. § 1117(a) and the laws of the
State of New York.

VII.   Awarding to Ferrero such other and further relief as the Court may deem just and proper,
together with the costs and disbursements which Ferrero has incurred in connection with
this action.


Dated:   February 5, 2015          Respectfully submitted,
         New York, NY


                                   By: _____
                                   Chester Rothstein
                                   Marc J. Jason
                                   Reena Jain
                                   AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                   90 Park Avenue
                                   New York, NY  10016
                                   Tel:  (212) 336-8000
                                   Fax: (212) 336-8001
                                   crothstein@arelaw.com
                                   mjason@arelaw.com
                                   rjain@arelaw.com

                                   ATTORNEYS FOR PLAINTIFFS


592783.6                              19

## JURY DEMAND

Pursuant to the Seventh Amendment of the United States Constitution, plaintiffs Ferrero S.p.A.

and Ferrero U.S.A., Inc. demand that their claims be tried to a jury.

Dated:    February 5, 2015
          New York, NY

By: _____

Chester Rothstein
Marc J. Jason
Reena Jain
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001
crothstein@arelaw.com
mjason@arelaw.com
rjain@arelaw.com

ATTORNEYS FOR PLAINTIFFS

592783.6

20

# United States of America
## United States Patent and Trademark Office

# nutella

**Reg. No. 4,192,415**

**Registered Aug. 21, 2012**

**Int. Cls.: 16, 29, 30, 32, 33, 35, 41 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

FERRERO S.P.A. (ITALY CORPORATION)
PIAZZALE PIETRO FERRERO, 1
I-12051 ALBA (CN)
ITALY

FOR: PRINTED MATTER, NAMELY, NEWSPAPERS, PHOTOGRAPHS, MAGAZINES, BOOKS, PRINTED PERIODICALS, NEWSLETTERS, AND BROCHURES ALL IN THE FIELD OF FOOD; BOOK BINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, SUGAR, RICE, TAPIOCA, SAGO, SUBSTITUTE OF COFFEE, FLOUR, BREAD, BISCUITS, CAKES, PASTRY AND CONFECTIONARY, NAMELY, CANDY, CAKES, WAFERS, WAFFLES, MUFFINS; EATABLE ICE-CREAMS; HONEY, TREACLE, YEAST, BAKING POWDER; SALT, MUSTARD, PEPPER, VINEGAR, SAUCES; SPICES; ICE; SPREAD CREAMS, NAMELY, COCOA BASED SPREAD, CHOCOLATE AND CHOCOLATE PRODUCTS, NAMELY, PASTRY FOR CHOCOLATE BEVERAGE, CHOCOLATE PASTRY, CHOCOLATE COVERINGS, CHOCOLATE, PRALINE, CHOCOLATE FOR DECORATIONS OF CHRISTMAS TREE, CHOCOLATE COVERED CANDY CONTAINING ALCOHOLIC BEVERAGE CONTENT; PASTRY, CHEWING GUM, CHEWING GUM WITHOUT SUGAR, CANDIES WITHOUT SUGAR, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS AND OTHER NON-ALCOHOLIC DRINKS, NAMELY, CARBONATED BEVERAGES; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND SYRUP SUBSTITUTES FOR MAKING BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; PROVIDING OFFICE FUNCTIONS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**Reg. No. 4,192,415**  FOR: EDUCATION AND ENTERTAINMENT SERVICES PROVIDED VIA THE INTERNET, NAMELY, PROVISION OF AN INTERACTIVE ENTERTAINMENT WEBSITE FEATURING INFORMATION ABOUT FOOD TASTING, PROVISION OF ONLINE NON-DOWNLOADABLE VIDEO GAMES VIA A WEBSITE, ORGANIZING COMMUNITY SPORTING AND CULTURAL EVENTS, CONTESTS AND GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: SERVICES FOR PROVIDING FOOD AND DRINK , IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF U.S. REG. NOS. 1,296,656, 3,930,669 AND OTHERS.

OWNER OF INTERNATIONAL REGISTRATION 1073241 DATED 1-27-2011, EXPIRES 1-27-2021.

THE COLOR(S) BLACK, RED-ORANGE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF STYLIZED WORDING "NUTELLA" WITH THE "N" APPEARING IN BLACK AND THE "UTELLA" APPEARING IN RED-ORANGE.

SER. NO. 79-095,848, FILED 1-27-2011.

JENNIFER WILLISTON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# NUTELLA

**Reg. No. 4,578,315**

**Registered Aug. 5, 2014**

**Int. Cls.: 8, 9, 12, 18, 21 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

FERRERO S.P.A. (ITALY CORPORATION)
PIAZZALE PIETRO FERRERO 1
ALBA, CUNEO, ITALY 12051

FOR: CUTLERY, KNIVES, FORKS, SPOONS; CUTLERY, NAMELY, SCALERS; SPREADER IN THE NATURE OF A SMALL KNIFE FOR CUTTING BUTTER OR CHEESE OR FOR SPREADING CREAM, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: EARPHONES AND HEADPHONES; CALCULATING MACHINES; TIMERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: VEHICLES, NAMELY, SCOOTERS, MOTORBIKES, MOPEDS, MINI-BIKES, BICYCLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: GOODS MADE OF LEATHER AND IMITATION LEATHER, NAMELY, PURSES, WALLETS, HANDBAGS, MESSENGER BAGS, BOOK BAGS, BEACH BAGS, BAGS FOR SPORT; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: HOUSEHOLD OR KITCHEN CONTAINERS NOT OF PRECIOUS METAL OR COATED THEREWITH, NAMELY, CUPS AND MUGS, DISHES AND PLATES, DRINKING FLASKS FOR TRAVELLERS, DRINKING GLASSES, TUMBLERS; HOUSEHOLD OR KITCHEN UTENSILS NOT OF PRECIOUS METAL OR COATED THEREWITH, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; COMBS AND SPONGES FOR HOUSEHOLD PURPOSES; BRUSHES EXCEPT PAINT BRUSHES, NAMELY, CLEANING BRUSHES FOR HOUSEHOLD USE, HAIR BRUSHES; GLASSWARE, NAMELY, BEVERAGE GLASSWARE; NON-METAL COIN BANKS AND PIGGY BANKS MADE OF GLASS, PORCELAIN AND/OR EARTHENWARE; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, PANTS, JACKETS, SOCKS, DRESSES, SKIRTS, BLOUSES, SLEEP SHIRTS, PAJAMAS; FOOTWEAR; HEADGEAR, NAMELY, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

**Reg. No. 4,578,315**    OWNER OF ITALY REG. NO. 753600, DATED 8-17-1998, RENEWED AS REG. NO. 1235383, DATED 1-11-2010, EXPIRES 7-23-2016.

OWNER OF ITALY REG. NO. 1056538, DATED 7-20-2007, RENEWED AS REG. NO. 1551898, DATED 7-16-2013, EXPIRES 6-23-2023.

OWNER OF U.S. REG. NOS. 855,647, 4,192,415 AND OTHERS.

SER. NO. 85-770,297, FILED 11-2-2012.

LINDA LAVACHE, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,296,656
Registered Sep. 18, 1984

**TRADEMARK**
**Principal Register**



Ferrero S.p.A. (Italy joint stock company)
Piazzale Pietro Ferrero
Alba, Province of Cuneo, Italy 12051

For: COCOA AND HAZELNUT SPREAD, in CLASS 30 (U.S. Cl. 46).

First use 1967; in commerce 1967.

Owner of U.S. Reg. Nos. 855,647 and 900,912.

The drawing is lined for the color red, and the color is claimed as a part of the mark.

The word "Nutella" is fanciful and has no particular meaning.

Ser. No. 419,618, filed Apr. 1, 1983.

RICHARD A. STRASER, Examining Attorney

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Renewal

Reg. No. 855,647
Registered Aug. 27, 1968
OG Date Oct. 18, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## NUTELLA

FERRERO S.P.A. (ITALY CORPORA-
TION)
PIAZZALE PIETRO FERRERO 1
ALBA (TORINO), ITALY, ASSIGNEE OF
P. FERRERO & C. S.P.A. (ITALY COR-
PORATION) ALBA, CUNEO, ITALY

OWNER OF ITALY REG. NO. 164196,
DATED 10-10-1963.

FOR: SPREAD CONTAINING COCOA
AND OTHER INGREDIENTS, IN CLASS
46 (INT. CL. 29).

SER. NO. 258,993, FILED 11-18-1966.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 18, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

## Certificate of Correction

Registered August 27, 1968                    Registration No. 855,647

P. Ferrero & C. S.p.A.

It is hereby certified that the above-identified registration is in error requiring correction as follows:

In the statement, column 1, lines 1 and 2 "doing business as" should be deleted.

The said registration should be read as corrected above.

Signed and sealed this 14th day of April 1981.

[SEAL]

Attest:

JANIE COOKSEY,                                        RENE D. TEGTMEYER,
*Attesting Officer.*              *Acting Commissioner of Patents and Trademarks.*

# United States Patent Office

**855,647**
Registered Aug. 27, 1968

## PRINCIPAL REGISTER
### Trademark

Ser. No. 258,993, filed Nov. 18, 1966

## NUTELLA

P. Ferrero & C. S.p.A. (Italian corporation), doing business as Piazza Pietro Ferrero
Alba, Cuneo, Italy

For: SPREAD CONTAINING COCOA AND OTHER INGREDIENTS, in CLASS 46 (INT. CL. 29).
Owner of Italian Reg. No. 164,196, dated Oct. 10, 1963.



Source: http://ny.eater.com/2014/5/12/6225755/take-a-look-at-new-yorks-one-and-only-nutella-bar#4144706

1/21/2015

Nutelleriany.com



# NY

ABOUT MENU  GAME  GALLERY SOCIAL LOCATIONS  FAQ  CONTACT



## *about us*

At our shoppe you can find a quick, nutritious, authentic sweet snack that would satisfy any craving, guaranteed! We serve only the finest, freshest, and most nutritious ingredients.

The unique taste of Nutella® hazelnut spread continues to come from the combination of roasted hazelnuts, skim milk and a hint of cocoa. In addition, Nutella® has no artificial colors or preservatives.

Nutella® hazelnut spread was first imported from Italy to the U.S. over



## *menu*

PLEASE PARDON OUR APPEARANCE



*gallery*



*follow us in social networks*



*subscribe to receive updates and promotions* _____  **SUBSCRIBE**

### ⸙ locations

**Los Angeles**

we are working hard to bring this to LA!

please SUBSCRIBE above to be notified when the shoppe opens

**NEW YORK CITY**

*coming soon to* 82 FIFTH AVENUE

PARK SLOPE, BROOKLYN, NY 11217

**Miami**

we are working hard to bring this to MIA!

please SUBSCRIBE above to be notified when the shoppe opens

### ⸙ faq

— **when will you open?**
— very, very soon! we are working very hard to finish up the final stages

— **what is Nutelleria?**
— Nutelleria is simply Nutella® enthusiasts that decided to share their love for Nutella® with the rest of the world. The shop features authentic Nutella sweet snacks that would satisfy any craving, guaranteed!

— **where is Nutelleria NY located?**
— Nutelleria NY is located at 82 5th Avenue in Park Slope, Brooklyn

— **do you deliver?**
— no, but our shop is worth the trip

— **are there other Nutelleria locations?**
— if we're not in your city, we hope to be coming soon. A little inside scoop is that our real estate agent has his eye on a little spot in Miami, Florida but you didn't hear that from us. Stay up to date on coming soon location by signing for updates on our website.



### ⸙ leave a message

Nutelleriany.com

1/21/2015



name:

email:
OR
phone:

SEND

all fields required

about menu game gallery social locations faq contact

© 2014 Nutelleria NY   All rights reserved.

11/13/2014                    Nutelleria NY - Brooklyn, New York - Crêperie | Facebook



11/13/2014                              Nutelleria NY - Brooklyn, New York - Crêperie | Facebook



**VIDEOS**                                    ›



Like · Comment · Share                                           👍 14 💬 1

 **Nutelleria NY**
September 13 ✎

Hi dear fans!
We are aware of your craving demands, however our executive chef requests a
little more time to perfect the menu. STAY CALM!!

**POSTS TO PAGE**                             ›

 **Mandi J. Gorenstein**
September 15 at 1:00pm ✎

A MAJOR CABLE NETWORK IS SEARCHING FOR
CHAMPIONS OF LOCAL FOOD!! ... See More

Like · Comment · Share

Like · Comment · @nutelleriany on Twitter · Share                    👍 3 💬 2

 **Nutelleria NY**
September 11 ✎

 **FpS Media**
September 2 at 8:42am ✎

↗ About you!
http://www.ilfattoquotidiano.it/2014/09/02/nutell
eria-nella-grande-mela-park-slope-nel-cuore-di-
brooklyn/1105454/

#nutelleria
#GrandOpening
#Brooklyn
#ParkSlope http://t.co/a3srByv0t4

**Nutelleria NY (@nutelleriany) posted a photo on Twitter**
pic.twitter.com
Get the whole picture - and other photos from Nutelleria NY

Like · Comment · Share

 **Linda Hansen**
August 29 at 4:05am ✎

Cecilie Boesen Det må være noget for dig, og Silke
:-D

Like · Comment · Share                                           👍 1

Like · Comment · @nutelleriany on Twitter · Share                    👍 8

 **Nutelleria NY** changed their cover photo.
September 11 ✎

**REVIEWS**                                   ›



 **Giovanna Gaton**
★★★★★ 10/25/2014

 **Danny Sarantsev**
★★★★★ 09/13/2014

Help people find great places.        [ Write Review ]

Like · Comment · Share                                           👍 17 💬 5

**PEOPLE ALSO LIKE**

 **Nutelleria NY**
September 2 ✎

 **The Park Bench Cafe & Creperie**
Crêperie

Retweeted Vicente Frare (@travelwithvince):

Heading to #NewYork? Fan of #Nutella? U must visit @nutelleriany set to open
in Brooklyn very soon!

 **Creperie**
Crêperie

Like · Comment · @nutelleriany on Twitter · Share                    👍 7 💬 1

 **XO Lounge**
Crêperie

**Nutelleria NY**
August 28 ✎

11/13/2014                          Nutelleria NY - Brooklyn, New York - Crêperie | Facebook

**See more places in Brooklyn, New York**

English (US) · Privacy · Terms · Cookies · Advertising · More ▾
Facebook © 2014

THANKS @ArianaGrande for following us! Looking forward to seeing you at the shop! #nutelleriany

Like · Comment · @nutelleriany on Twitter · Share                          👍4 💬2

 **Nutelleria NY**
August 26 🕓

Retweeted G (@_gnanana):

This sounds like Nutella heaven😍 #iminlove RT A place called Nutelleria is opening in Park Slope http://t.co/Nf9Ew9L9gW via @NYNightlife

 **Nutella 'Enthusiasts' Plan Nutelleria in Park Slope**
bit.ly
Eataly's Nutella Bar will soon no longer be the only Nutella-pushing venue in town. A Nutella-focused shop called Nutelleria is planning to open soon in Park Slope, reports Park...

Like · Comment · @nutelleriany on Twitter · Share                          👍3

 **Nutelleria NY**
August 26 🕓

Retweeted Porochista Khakpour (@PKhakpour):

I have always hated Park Slope: An All-Nutella Restaurant Will Open in Park Slope http://t.co/Nw2sFYtKO9 via @grubstreet

 **An All-Nutella Restaurant Will Open in Park Slope**
grubstreet.com
It just has to outpace Nutella manufacturer Ferrero's spry legal team first.

Like · Comment · @nutelleriany on Twitter · Share                          👍3 💬1

 **Nutelleria NY**
August 26 🕓

Retweeted Janice at IWM (@insideiwm):

Love Nutella? Live in Gotham? Your dreams of an all-Nutella restaurant are soon to come true. http://t.co/IxuETKo8EN

 **An All-Nutella Restaurant Will Open in Park Slope**
grubstreet.com
It just has to outpace Nutella manufacturer Ferrero's spry legal team first.

Like · Comment · @nutelleriany on Twitter · Share                          👍2

 **Nutelleria NY**
August 26 🕓

Retweeted Andréanne C-Labonté (@AndreanneLabont):

Watch Out Eataly! Your Nutella Bar Has Some Competition... Nutellaria Shoppe
To Open In Park Slope! http://t.co/lVlY1NxRGf #thedishh



**Watch Out Eataly! Your Nutella Bar Has Some Competition...
Nutellaria Shoppe To Open In Park Slope!**
thedishh.com
Nutella@ news.

Like · Comment · @nutelleriany on Twitter · Share                              👍2

 **Nutelleria NY**
August 26 🌐

thanks @brooklynmag for http://t.co/RMS6UOQAk6
#nutelleriany



**An All-Nutella Cafe Is Coming For Your Park Slope Children |
Brooklyn Magazine**
bkmag.com
Nowhere is safe.

Like · Comment · @nutelleriany on Twitter · Share                              👍2

 **Nutelleria NY**
August 26 🌐

Retweeted Brooklyn Magazine (@brooklynmag):

No child is safe from the Nutella conspiracy. Introducing @nutelleriaNY.
http://t.co/sah4Fq7sx4



**An All-Nutella Cafe Is Coming For Your Park Slope Children |
Brooklyn Magazine**
bit.ly
Nowhere is safe.

Like · Comment · @nutelleriany on Twitter · Share                              👍2

 **Nutelleria NY**
August 26 🌐

Retweeted Brokelyn (@Brokelyn):

Spread the word: Park Slope is getting a Nutella bar http://t.co/ubkAcpYK8Q



**Spread the word: Park Slope is getting a Nutella bar**
bit.ly
Park Slope is getting an entire store devoted to Nutella food and
products, or as it's known colloquially, a Nutelleria

Like · Comment · @nutelleriany on Twitter · Share                           👍2 💬1

Nutelleria NY - Brooklyn, New York - Crêperie | Facebook



**Nutelleria NY**
August 26

thanks @Brokelyn for http://t.co/vdoBNTxCbC
#nutelleriany



**Spread the word: Park Slope is getting a Nutella bar**
brokelyn.com
Park Slope is getting an entire store devoted to Nutella food and
products, or as it's known colloquially, a Nutelleria

Like · Comment · @nutelleriany on Twitter · Share                    👍1



**Nutelleria NY** changed their cover photo.
August 26

# KEEP CALM NY
## is almost here

Like · Comment · Share                                       👍10 💬3



**Nutelleria NY** changed their profile picture.
August 26




Like · Comment · Share                                       👍4



**Nutelleria NY**
June 18

#comingsoon #opening #grandopening #nutelleriany #nutelleria #nutella
#nutellago #nutellaobsession #nutellacraving #nutellaholic #nutellaaddict
#nutellacrepe #crepe #crepes #nutellalove #nutelladesert #nutellago
#nutellamuffin #nutellapizza... See More

11/13/2014

Nutelleria NY - Brooklyn, New York - Crêperie | Facebook



Like · Comment · Share          👍 28 💬 3

 **Nutelleria NY**
June 4 via Instagram

http://www.buzzfeed.com/h2/bfam/nutella/ways-nutella-makes-you-smile?
s=mobile #comingsoon #opening #grandopening #nutelleriany #nutelleria
#nutella #nutellago #nutellaobsession #nutellacraving #nutellaholic
#nutellaaddict #nutellacrepe #crepe #crepes #nutellalove #nutelladesert
#nutellago #nutellamuffin #nutellapizza #nutellacake #dessert #food
#desserts #TagsForLikes #yum #yummy #amazing #instagood #instafood
#sweet #chocolate #cake #icecream #dessertporn #delish #foods
#delicious #tasty #eat #eating #hungry #foodpics #sweettooth
#picoftheday #photooftheday #ny #nyc #brooklyn #bk #foodgasm
#foodporn

10 Ways Nutella® Makes

Like · Comment · Share                                    👍6 💬1



**Nutelleria NY**
May 31 via Instagram

#comingsoon #opening #grandopening #nutelleriany #nutelleria #nutella #nutellago #nutellaobsession #nutellacraving #nutellaholic #nutellaaddict #nutellacrepe #crepe #crepes #nutellalove #nutelladesert #nutellago #nutellamuffin #nutellapizza #nutellacake #dessert #food #desserts #TagsForLikes #yum #yummy #amazing #instagood #instafood #sweet #chocolate #cake #icecream #dessertporn #delish #foods #delicious #tasty #eat #eating #hungry #foodpics #sweettooth #picoftheday #photooftheday #ny #nyc #brooklyn #bk #foodgasm #foodporn



Like · Comment · Share                                    👍5 💬1

See More Stories

11/13/2014                          Nutelleria NYC (@NutelleriaNYC) | Twitter

  Search Twitter       🔍       Have an account? Log in ▾



| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| 96 | 33 | 82 |

+🧑 Follow

**Nutelleria NYC**
@NutelleriaNYC

please follow us @nutelleriany
#nutelleriany

📍 82 5th Avenue, Brooklyn NY
🔗 nutelleriany.com

Tweets     Tweets & replies

🍴🫙 **Nutelleria NYC** @NutelleriaNYC · Aug 28
please follow us @nutelleriany
#nutelleriany

🍴🫙 **Nutelleria NYC** @NutelleriaNYC · Aug 22
#comingsoon #opening #grandopening
#nutelleriany #nutelleria #nutella #nutellago
#nutellaobsession…
instagram.com/p/sBfvz9uNNK/

🍴🫙 **Nutelleria NYC** @NutelleriaNYC · Jun 18
#comingsoon #opening #grandopening #nutelleriany #nutelleria #nutella
#nutellago #nutellaobsession… instagram.com/p/pYeSJVONFv/

🍴🫙 **Nutelleria NYC** @NutelleriaNYC · Jun 4
buzzfeed.com/h2/bfam/nutell…        #comingsoon…
instagram.com/p/o0wJU0uNJw/
                                                        View summary

🍴🫙 **Nutelleria NYC** @NutelleriaNYC · May 31
#comingsoon #opening #grandopening #nutelleriany #nutelleria #nutella
#nutellago #nutellaobsession… instagram.com/p/oqnfmHONMh/

👥 Nutelleria NYC followed Marzia Bisognin, Felix Kjellberg, Nuteria NY and 14 others



+🧑 Follow



+🧑 Follow

**Marzia Bisognin** ✓
@MarziaPie
YouTube - youtube.com/cutiepiemarzia

**Felix Kjellberg** ✓
@pewdiepie
YouTube guy.

**Nutelleria NYC** @NutelleriaNYC · May 30
#comingsoon #opening #grandopening #nutelleriany #nutelleria #nutella
#nutellago #nutellaobsession… instagram.com/p/onl0G8ONML/

**Nutelleria NYC** @NutelleriaNYC · May 10
#nutelleriany #nutelleria #nutella #nutellago #nutellacake #nutellalove
#nutellacrepe #nutellaholic… instagram.com/p/n0H3g8uNJ1/

**Nutelleria NYC** @NutelleriaNYC · May 2
#Nutelleriany #nutelleria #nutella # nutellalove #nutellaobsession
#nutellacraving #nutellaholic #food… instagram.com/p/nfqjmIONHT/

**Nutelleria NYC** @NutelleriaNYC · Apr 21
#Nutelleriany #nutelleria #nutella # nutellalove #nutellaobsession
#nutellacraving #nutellaholic #food… instagram.com/p/nDXZJ4ONK5/

**Nutelleria NYC** @NutelleriaNYC · Mar 29
#Nutelleriany #nutelleria #nutella #nutellalove #nutellaobsession
#nutellacraving #nutellaholic #food… instagram.com/p/mlZ06duNlj/

**Nutelleria NYC** @NutelleriaNYC · Mar 25
#nutellago #nutellabar #nutellacake #nutellacrepe #Nutelleriany
#nutelleria #nutella # nutellalove… instagram.com/p/l-DC5-uNOv/

**Nutelleria NYC** @NutelleriaNYC · Mar 16
#nutelleriany #nutelleria #nutella #nutellago #nutellalove
#nutellaobsession #nutellaholic… instagram.com/p/loVv7uONPO/

**Nutelleria NYC** @NutelleriaNYC · Mar 6
#nutelleriany #nutelleria #nutella #chocolate #nutellabar #nutellago
#nutellaobsession #nutellaaddict… instagram.com/p/lNvx8ruNHH/

**Nutelleria NYC** @NutelleriaNYC · Mar 5
#nutelleriany #nutelleria #nutella #cake #flourlesscake #nutellago
#nutellaholic #nutellaaddict… instagram.com/p/lKSN7xuNl2/

**Nutelleria NYC** @NutelleriaNYC · Feb 13
#nutelleriany #nutelleria #nutella #nutellago #nutellacake #nutellalove
#nutellacrepe #nutellaholic… instagram.com/p/kXsq73uNIX/

**Nutelleria NYC** @NutelleriaNYC · Feb 5
#nutelleriany #nutelleria #nutella #chocolate #nutellacake #nutellago
#nutellalove #nutellaobsession… instagram.com/p/kC81LIuNG0/

**Nutelleria NYC** @NutelleriaNYC · Jan 31
#nutelleriany #nutelleria #nutella #nutellago #nutellalove #nutellaholic
#nutellaaddict… instagram.com/p/j1Q_ytONFL/

**Nutelleria NYC** @NutelleriaNYC · Jan 28
#nutelleriany #nutelleria #nutella #nutellago #nutellalove #nutellacrepe
#nutellaholic #nutellapizza… instagram.com/p/jthvSSONGo/

**Nutelleria NYC** @NutelleriaNYC · Jan 22
#nutelleriany #nutelleria #nutella #nutellalove #nutellaholic #nutellaaddict
#chocolate #keepcalm… instagram.com/p/jfQfkXuNEl/

Don't miss any
updates from
**Nutelleria NYC**

Full name

Email

Password

**Sign up for Twitter**

**Worldwide Trends**

Change

#OkullarOlmasaHayalimiz
#zapeando245
#BestGIFTEver
#السعودية_قطر
#SonraDedimKi
Manoel de Barros

Pdro Snchz
Togon Tanashiri Ohlala
Puskas
Chaves y Griñán

11/13/2014

nutelleriany on Instagram



# nutelleriany ·

**nutelleria NY** #nutelleriaNY
http://www.nutelleriaNY.com

| **115** posts | **1,241** followers | **1,361** following |

| November 2014 | October 2014 | | September 2014 | August 2014 |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |

| | June 2014 | | May 2014 | |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |

| | | April 2014 | March 2014 | |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |

11/13/2014

nutelleriany on Instagram

    

**Load more...**

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS   PRIVACY   TERMS   © 2014 IN





*just in time...*

# #nutelleria

## refill your craving
## saturday @ noon

82 5th AVENUE - BROOKLYN - NY   |   SEPTEMBER 13th - 2014



Source: http://instagram.com/NuteriaNY

# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main    212 336 8000
Fax     212 336 8001
Web     www.arelaw.com

**Partners**
Daniel Ebenstein
Philip H. Gottfried
Neil M. Zipkin
Anthony F. Lo Cicero
Kenneth P. George
Ira E. Silfin
Chester Rothstein
Craig J. Arnold
Charles R. Macedo

*Founding Partners*
Morton Amster, *of Counsel*
Jesse Rothstein *(1934-2003)*

*Senior Counsel*
Marion P. Metelski
Alan D. Miller, Ph.D.
Marc J. Jason
Richard S. Mandaro
Max Vern
Holly Pekowsky

Brian A. Comack
Matthieu Hausig
Benjamin M. Halpern*
Jung S. Hahm

*Associates*
Patrick Boland*
Benjamin Charkow
Mark Berkowitz
Samuel Lo
Suzue Fujimori

Jessica Capasso
Brian Amos, Ph.D.
William F. Frank
Hajime Sakai, Ph.D.
Richard P. Zemsky*
Brendan O'Dea
David P. Goldberg
Reena Jain

\* Not admitted in New York

September 13, 2014

Chester Rothstein
Direct 212 336 8050
E-mail crothstein@arelaw.com

**By Hand, to 82 5th Avenue, Brooklyn, NY 11217**

GCAS Group LLC dba Nutelleria
95 Titus Avenue
Staten Island, New York 10306
Attn: Andre Sheleg and Gleb C___

        Re:  Ferrero U.S.A. Inc./Nutelleria NY
             Our File: 34008/0021

Dear Mr. Sheleg and Mr. C___:

        We represent Ferrero S.P.A. and its exclusive United States distributor Ferrero
U.S.A. Inc. (collectively, "Ferrero").  Ferrero is the owner in the United States and
internationally of the world famous hazelnut spread known as Nutella, always used in a form
with a lower case black "n" followed by red lower case letters, as:



        It has recently come to our attention that you have erected signage at 82 5th
Avenue in Park Slope, Brooklyn showing the name "nutelleria," shown below as:

586404.1

GCAS Group LLC dba Nutelleria                2                     September 13, 2014



We have also reviewed your web site at www.nutelleriany.com, which indicates that your business will be a restaurant or café which primarily sells products made with Ferrero's Nutella hazelnut spread.

These materials indicate that you are fans of Ferrero's Nutella product -- in fact, so are we. However, these materials also give the impression that your café is associated with or endorsed by Ferrero, when it is not. It appears that many elements of these materials give this impression of an association with Ferrero -- first among them is that you merely added the suffix "-eria" in place of the last letter of Nutella (when it is well-understood that the suffix "-eria" indicates a place of the word that it follows, e.g, pizzeria); you use words, including "nutella," on products and in advertisements in all lower case letters, with identical font, and with the first letter in black and the rest in red; and your website shows jar after jar of authentic Nutella products. In short, your actions make it look like your café is a Ferrero café.

As we are sure you can appreciate, the NUTELLA trademark is among Ferrero's most important assets. United States trademark law requires Ferrero to take affirmative steps to make sure that third parties do not confuse the public into believing that such use is authorized or sponsored by the trademark owner, when it is not.

We learned from your Twitter feed yesterday morning, September 12, 2014, that for the first time you announced that you planned on opening your café today, September 13. We immediately sent one of our lawyers early yesterday afternoon to your location, but no one was there. We had hoped to inform you of Ferrero's rights and that your activities infringe those rights, and -- most importantly -- **to ask you not to open your café until a dialog has begun** and Ferrero's legitimate concerns are addressed. Please understand that Ferrero applauds its fans, and we are certain that there is an appropriate way for your café to use Ferrero's product without infringing Ferrero's rights.

Unfortunately, because no one was there yesterday for us to speak with, we have no choice but to hand-deliver this letter and demand that you not open to the public today, the planned day of your café's opening.

GCAS Group LLC dba Nutelleria       3             September 13, 2014

        I am waiting to hear from you or your counsel.  My cell phone is (917) 494-9674. Otherwise, you or your counsel can email me at crothstein@arelaw.com, with a phone number and I will call you right back.

        *Nothing in this letter is intended to waive any of Ferrero's rights, all of which are expressly reserved.*

                                Very truly yours,

                                  AMSTER, ROTHSTEIN & EBENSTEIN LLP

                                  Chester Rothstein

CPR:cpr

cc:     Ferrero S.P.A., Italy
        Ferrero U.S.A. Inc.

586404.1



- Los Angeles
- Maine
- Miami
- Minneapolis

- Montreal
- Nashville
- New Orleans
- New York
- Philadelphia

- Portland, OR
- San Diego
- San Francisco
- Seattle
- Washington DC

### Nail Perfect Tacos With Tortilla Whisperer Alex Stupak

by Vox Studios, Nov 12, 2014

Welcome back to Savvy, an instructional video series presented by the industry's best and brightest.

### How Starbucks Whipped America into a Frenzy With Holiday Drinks

by Vox Studios, Nov 12, 2014

After five years of holiday beverage silence, Starbucks answers thirsty fans with a new drink.

### Steak Cuts Explained in Two Minutes

by Vox Studios, Nov 11, 2014

An animated explainer on the prime cuts available at restaurants.

### Dessert Wizards at OddFellows Magically Turn Foie Gras into Awesome Ice Cream

by Vox Studios, Nov 10, 2014

Welcome back to Consumed, a new video series in which Editorial Producer Kat Odell combs Manhattan and the surrounding areas for one-of-a-kind eats and drinks.

Leaderboard (:leaderboard, :tablet_leaderboard, :mobile_leaderboard )

       

**70% off** CURATED DECOR

Joss & Main

*Be inspired »*

- Opening Alert
- Park Slope

# Nutelleria Finally Opens in Park Slope, After Wisely Changing Name to Nuteria

by Marguerite Preston Nov 4 2014, 10:07a @marguerite_s_p

Nutelleria Finally Opens in Park Slope, After Wisely Changing Name to Nuteria - Eater NY

11/12/14 10:07 PM



- Share(478)

- Tweet(19)

- Share



Instagram

Before the owners came to their senses.
Don't miss stories. Follow Eater NY

Like  Follow

x

The "Nutella enthusiasts" behind this unofficial Nutella emporium finally came to their senses and changed the name to something they can't get sued over.

Remember Nutelleria, the unofficial house of Nutella in the works in Park Slope? It finally opened over the weekend. The "Nutella enthusiasts" behind it had originally promised to start selling all manner of things covered in chocolate hazelnut spread back in September, but at the very last minute (hours before it was supposed to open) the team backed out. They claimed that the chef needed "a little more time to perfect the menu."

Nutelleria Finally Opens in Park Slope, After Wisely Changing Name to Nuteria – Eater NY
11/12/14 10:07 PM

But was he really perfecting his Nutella to toast ratio? Or were there perhaps rumblings of displeasure from the big guns at Nutella over the blatant trademark infringement? One thing's for sure: the cafe is now called **Nuteria,** and the original Nutelleria sign is nowhere to be seen. It does, however, serve the same menu originally promised of waffles, crepes, toast, and various pastries slathered with spread, plus Nutella hot chocolate or even just a straight up spoonful of the stuff for the rather inflated price of $1. *Nuteria, 82 5th Avenue, Park Slope*

- Open For Business: Nuteria, 82 5th Avenue [HPS]
- All Coverage of Nutelleria [ENY]



- Share(478)

- Tweet(19)

- Share

## Related Items

- opening alert
- nutelleria
- nuteria

Medrec (:medium_rectangle, :tablet_medium_rectangle)





Sources: https://www.facebook.com/NuteriaNY and http://www.yelp.com/biz_photos/nuteria-park-slope?select=fT4ePqfXPbkI4fTJ1EzQYg&userid=cjIM_UQVdeLHDIVsWtxiZA#N0CXtHPDvNUUayrdrSUGAA



# NuteriaNY

ABOUT    MENU    GAME    GALLERY    SOCIAL    LOCATIONS    FAQ    CONTACT

## about us



At our shoppe you can find a quick, nutritious, authentic sweet snack that would satisfy any craving, guaranteed! We serve only the finest, freshest, and most nutritious ingredients.

Our products are made using Nutella® hazelnut, which is a combination of roasted hazelnuts, skim milk and cocoa. Nuteria is in no way associated with Ferrero U.S.A. Inc. and is independently owned. Nutella® is served at our shoppe with the finest crepes or in other creative configurations.

## menu





RK CITY

2 FIFTH AVENUE

OOKLYN, NY 11217

notified when the shoppe opens

Miami

we are working hard to bring this to MIA!

please SUBSCRIBE above to be notified when the shoppe opens

## faq

— **when will you open?**
— we are OPEN

— **what is Nuteria?**
__ Nuteria is simply Nutella® enthusiasts that decided to share their love for Nutella® with the rest of the world. The shop features authentic Nutella sweet snacks that would satisfy any craving, guaranteed!

— **where is Nuteria NY located?**
— Nuteria NY is located at 82 5th Avenue in Park Slope, Brooklyn

— **do you deliver?**
— no, but our shop is worth the trip

— **are there other Nuteria locations?**
— if we're not in your city, we hope to be coming soon. A little inside scoop is that our real estate agent has his eye on a little spot in Miami, Florida but you didn't hear that from us. Stay up to date on coming soon location by signing for updates on our website.

## leave a message

message text



**name:**

**email:**
or
**phone:**

SEND

all fields required

about | menu | game | gallery | social | locations | faq | contact

© 2015 NuteriaNY   All rights reserved.



# NuteriaNY

ABOUT    MENU    GAME    GALLERY    SOCIAL    LOCATIONS    FAQ    CONTACT

## about us

At our shoppe you can find a quick, nutritious, authentic sweet snack that would satisfy any craving, guaranteed! We serve only the finest, freshest, and most nutritious ingredients.

Our products are made using Nutella® hazelnut, which is a combination of roasted hazelnuts, skim milk and cocoa. Nuteria is in no way associated with Ferrero U.S.A. Inc. and is independently owned. Nutella® is served at our shoppe with the finest crepes or in other creative configurations.

## menu

1/20/2015

NuteriaNY



# nutella
### FERRERO

**SUBSCRIBE**

## *tions*

RK CITY                                          Miami

2 FIFTH AVENUE                          we are working hard to bring this
                                                     to MIA!
ROOKLYN, NY 11217
                                                     please SUBSCRIBE above to be
notified when the shoppe opens              notified when the shoppe opens

## *faq*

— **when will you open?**
— we are OPEN

— **what is Nuteria?**
__ Nuteria is simply Nutella® enthusiasts that decided to share their love for Nutella® with the rest of the world. The shop
    features authentic Nutella sweet snacks that would satisfy any craving, guaranteed!

— **where is Nuteria NY located?**
— Nuteria NY is located at 82 5th Avenue in Park Slope, Brooklyn

— **do you deliver?**
— no, but our shop is worth the trip

— **are there other Nuteria locations?**
    if we're not in your city, we hope to be coming soon. A little inside scoop is that our real estate agent has his eye on a
— little spot in Miami, Florida but you didn't hear that from us. Stay up to date on coming soon location by signing for
    updates on our website.



## *leave a message*

message text

1/20/2015                                    NuteriaNY



name:

email:
or
phone:

all fields required

SEND

about | menu | game | gallery | social | locations | faq | contact

© 2015 NuteriaNY   All rights reserved.



 

**#Nuteria**

**POSTS TO PAGE** >

 **Ingrid Estevez**
November 8, 2014 at 5:25pm · ·

#nutella heaven ♥♥♥♥

Like · Comment · Share 19

**REVIEWS** >

**5.0 ★** 5.0 of 5 stars · 30 reviews

 **Olga Epstein** — The best place ever!!!! Your food is amazing!!! ♪♥♥♥♥♥
November 8, 2014
· 1

**Jacqueline Doran** — The crepe with banana and strawberries was to die for. The service wonderful, very friendly and attentive.
December 16, 2014

Tell people what you think

**PEOPLE ALSO LIKE**

 **Crepe De France**
Crêperie

 **The Park Bench Cafe & Creperie**
Crêperie

 **Creperie**
Crêperie

**See more places in Brooklyn, New York**

English (US) · Privacy · Terms · Cookies · Advertising · More ·
Facebook © 2015

---

Like · Comment · Share · 4

 **Nuteria NY**
Yesterday at 11:23am · ·

refill your #craving #RIGHTNOW in time for #SuperBowl #Nutella Collection Glass Cup >>> http://t.co/L4lDCFa8Op http://t.co/CWYfDDgjHJ



**NuteriaNY (@NuteriaNY) posted a photo on Twitter**
Get the whole picture - and other photos from NuteriaNY
PIC.TWITTER.COM

Like · Comment · Share · 16

 **Nuteria NY**
December 20, 2014 at 4:52pm · ·

During the holidays don't forget the most important person; Yoself. Stop for a #treat at #NuteriaNY in #parkslope http://t.co/Ibcc2mIRkc



**NuteriaNY (@NuteriaNY) posted a photo on Twitter**
Get the whole picture - and other photos from NuteriaNY
PIC.TWITTER.COM

Like · Comment · Share · 3

 **Nuteria NY** changed their profile picture.
December 11, 2014 · ·



1/20/2015                     Nuteria NY - Brooklyn, New York - Crêperie | Facebook



Like · Comment · Share · 👍 5

**EARLIER IN 2014**                                        HIGHLIGHTS ▾

1/20/2015   NuteriaNY (@NuteriaNY) | Twitter

   Search Twitter   Have an account? Log in ▾

# #NuteriaNY



| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES |
|--------|-----------|-----------|-----------|
| 60 | 332 | 171 | 21 |

+☍ Follow

**NuteriaNY**
@NuteriaNY

⚲ 82 5th Ave | Park Slope | NYC
🔗 NuteriaNY.com

📷 2 Photos and videos

 

Tweets   Tweets & replies   Photos & videos

NuteriaNY @NuteriaNY · Jan 19
refill your #craving #RIGHTNOW in time for #SuperBowl
#Nutella Collection Glass Cup >>> mkt.com/NuteriaNY/nute…
☍ NuteriaNY



View more photos and videos

NuteriaNY @NuteriaNY · Dec 20
During the holidays don't forget the most
important person; Yoself.
Stop for a #treat at #NuteriaNY in
#parkslope

1/20/2015

NuteriaNY (@NuteriaNY) | Twitter

👤 NuteriaNY



View more photos and videos

🔁 NuteriaNY retweeted

**Foodie Pleasure™** @FoodiePleasure · Dec 9
Half of FP just walked by @nuteriany on the way to a meeting. This could be dangerous... #nutelleriany

**NuteriaNY** @NuteriaNY · Dec 4
At Nuteria you can try NY pretzel roll with Nutella and bananas. #grandopening #nuteriany #nutella... instagram.com/p/wLxIM4NI4T/

🔁 NuteriaNY retweeted

**Vicente Frare** @travelwithvince · Sep 2
Heading to #NewYork? Fan of #Nutella? U must visit @nutelleriany set to open in Brooklyn very soon!

👤 NuteriaNY followed Kevin Hart, Danielle Bryk, Kanisha K and 196 others



➕👤 Follow

**Kevin Hart** ✔
@KevinHart4real
My name is Kevin Hart and I WORK HARD!!! That pretty much sums me up!!! Everybody Wants To Be Famous But Nobody Wants To Do The Work



➕👤 Follow

**Danielle Bryk**
@dnicholasbryk
It's not houses I love, it's the life I live in them -Coco Chanel. Host of #DIYNetwork A Bryk At A Time and HGTV Canada's Bryk House and...

**NuteriaNY** @NuteriaNY · Aug 28
THANKS @ArianaGrande for following us! Looking forward to seeing you at the shop! #nutelleriany

#nutelleriany



2

NuteriaNY retweeted
G @ginaspor · Aug 26
This sounds like Nutella heaven😍 #iminlove RT A place called Nutelleria
is opening in Park Slope bit.ly/1tzYQuh via @NYNightlife

1                                                    View conversation

NuteriaNY retweeted
Janice at IWM @insideiwm · Aug 26
Love Nutella? Live in Gotham? Your dreams of an all-Nutella restaurant
are soon to come true. grubstreet.com/2014/08/nutell…

2

NuteriaNY retweeted
Andréanne C-Labonté @AndreanneLabont · Aug 26
Watch Out Eataly! Your Nutella Bar Has Some Competition... Nutellaria
Shoppe To Open In Park Slope! thedishh.com/eataly-s-nutel… #thedishh

1                                                    View summary

NuteriaNY @NuteriaNY · Aug 26
thanks @brooklynmag for bkmag.com/2014/08/26/an-…
#nutelleriany

NuteriaNY retweeted
Brooklyn Magazine @brooklynmag · Aug 26
No child is safe from the Nutella conspiracy. Introducing @nutelleriaNY.
bit.ly/1q2fyRM

1

NuteriaNY retweeted
Brokelyn @Brokelyn · Aug 26
Spread the word: Park Slope is getting a Nutella bar bit.ly/1qK7j9p

10            9

NuteriaNY @NuteriaNY · Aug 26
thanks @Brokelyn for brokelyn.com/spread-word-pa…
#nutelleriany

Don't miss any
updates from
NuteriaNY

| Full name |



Email

Password

**Sign up for Twitter**

### Worldwide Trends ·

Change

#MeGustasYTodoPero
#AlbertRiveraEH
#LIVCHE
#DescribeYourSexLifeW...
#CruyffTV3
POP BAND One Direction
Niall Quinn
MademAKsın YüceDiva...
Happy Birthday Evan Pe...
Canserbero

1/20/2015

NuteriaNY (@nuteriany) • Instagram photos and videos



## nuteriany

**NuteriaNY** ♡ PARK SLOPE ♡ NYC ♡

http://www.NuteriaNY.com

**Follow**

| **122**<br>posts | **1,126**<br>followers | **1,245**<br>following |
|---|---|---|

**January 2015**




**December 2014**









**November 2014**



**October 2014**




1/20/2015                    NuteriaNY (@nuteriany) • Instagram photos and videos

**September 2014**



**August 2014**





**June 2014**



**May 2014**









**April 2014**



**March 2014**











**February 2014**





**January 2014**











**December 2013**







### November 2013

    

### October 2013

    

    

### September 2013

    

    

Load more...

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS   PRIVACY   TERMS   © 2015 P

hts-log.txt
HTTrack3.48-19+htsswf+htsjava launched on Fri, 05 Dec 2014 08:36:52 at
http://www.nutelleriany.com +*.png +*.gif +*.jpg +*.jpeg +*.css +*.js
-ad.doubleclick.net/* -mime:application/foobar

(winhttrack -qwC2%Ps2u1%s%uN0%I0p3DaK0H0%kf2A25000%f#f -F "Mozilla/4.5
(compatible; HTTrack 3.0x; Windows 98)" -%F "<!-- Mirrored from %s%s by
HTTrack Website Copier/3.x [XR&CO'2014], %s -->" -%l "en, *"
http://www.nutelleriany.com -O1 "C:\My Web Sites\NutellariaNY" +*.png +*.gif
+*.jpg +*.jpeg +*.css +*.js -ad.doubleclick.net/* -mime:application/foobar )


Information, Warnings and Errors reported for this mirror:

note:   the hts-log.txt file, and hts-cache folder, may contain sensitive
information,

        such as username/password authentication for websites mirrored in
this project

        do not share these files/folders if you want these information to
remain private


08:36:53        Warning:        Moved Temporarily for www.nutelleriany.com/

08:36:53        Warning:        File has moved from www.nutelleriany.com/ to
http://www.nuteriany.com/

08:36:53        Warning:        No data seems to have been transferred
during this session! : restoring previous one!


Page 1

11/13/2014    Photos and videos by Nuteria NY (@nuteriany) | Twitter

    Search Twitter    Q    Have an account? Log in ▾

# Nuteria



| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES | |
|---|---|---|---|---|
| 93 | 263 | 169 | 18 | +≗ Follow |

**Nuteria NY**
@nuteriany

📍 82 5th Avenue, Brooklyn NY

🔗 nutelleriany.com

Tweets    Tweets & replies    Photos & videos

 **Nuteria NY** @nuteriany · Sep 12
@beneathflowers come check out the #GrandOpening of #nutelleriaNY in #ParkSlope tomorrow at noon!

👤 Nuteria NY



*just in time...*
# #nutelleria
**refill your craving**
**saturday @ noon**
82 5th AVENUE · BROOKLYN · NY  |  SEPTEMBER 13th · 2014

 **Nuteria NY** @nuteriany · Sep 12
@cupcake_617 come check out the #GrandOpening of #nutelleriaNY in #ParkSlope tomorrow at noon!

👤 Nuteria NY



*just in time...*
# #nutelleria



**Nuteria NY** @nuteriany · Sep 12
@TheStoopBK come check out the #GrandOpening of #nutelleriaNY in #ParkSlope tomorrow at noon!

👤 Nuteria NY




**Nuteria NY** @nuteriany · Sep 12
@JenSelter come check out the #GrandOpening of #nutelleriaNY in #ParkSlope tomorrow at noon!

👤 Nuteria NY




**Nuteria NY** @nuteriany · Sep 12
@Zagat come check out #GrandOpening of #nutelleriaNY in #ParkSlope tomorrow at noon!

👤 Nuteria NY



1   1

11/13/2014

Photos and videos by Nuteria NY (@nuteriany) | Twitter



**Nuteria NY** @nuteriany · Sep 12
@marguerite_s_p  come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!



**Nuteria NY** @nuteriany · Sep 12
@Alex25Thompson its happening! Come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@Brokelyn @kristamartins come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



View conversation

**Nuteria NY** @nuteriany · Sep 12
@IvanTroyano its happening! Check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY





**Nuteria NY** @nuteriany · Sep 12
@Lot71 come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!
👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@gNANAwutzmyname come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!!
👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@agalleryartists its happening! Check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!!
👤 Nuteria NY



 **Nuteria NY** @nuteriany · Sep 12
@alywalansky come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@JoannaFantozzi come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



1

 **Nuteria NY** @nuteriany · Sep 12
@emilybv come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



 **Nuteria NY** @nuteriany · Sep 12
@EvaZaccaria come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



11/13/2014

Photos and videos by Nuteria NY (@nuteriany) | Twitter



**Nuteria NY** @nuteriany · Sep 12
@mindexploder come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@tfeener we want to see you at the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!!

👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@Official_JES wish you could come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!!

👤 Nuteria NY



11/13/2014                    Photos and videos by Nuteria NY (@nuteriany) | Twitter

**Nuteria NY** @nuteriany · Sep 12
@luciapeters come check out the #GrandOpening of #nutelleriaNY in Park
Slope tomorrow at noon!
👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@druyljjr come check out the #GrandOpening of #nutelleriaNY in Park
Slope tomorrow at noon!
👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@mdallyn come check out the #GrandOpening of #nutelleriaNY in Park
Slope tomorrow at noon!
👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@cchen7 come check out the #GrandOpening of #nutelleriaNY in Park
Slope tomorrow at noon!
👤 Nuteria NY





**Nuteria NY** @nuteriany · Sep 12
@raquelita come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@Deny_8a come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon! Bring your appetite!!

👤 Nuteria NY



1

**Nuteria NY** @nuteriany · Sep 12
@JamieStelter come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



11/13/2014

 

 **Nuteria NY** @nuteriany · Sep 12
@SierraTishgart would love to see you at the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



 **Nuteria NY** @nuteriany · Sep 12
@devraferst come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



 **Nuteria NY** @nuteriany · Sep 12
@heatherrolo its happening!! #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



 **Nuteria NY** @nuteriany · Sep 12
@GigiPadovani hope you're in NYC and can come to the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

11/13/2014
Case 1:15-cv-00564-DLI-MDG   Document 1   Filed 02/05/15   Page 98 of 122 PageID #: 98
Photos and videos by Nuteria NY (@nuteriany) | Twitter

👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@DotDraper come out to the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



View conversation

**Nuteria NY** @nuteriany · Sep 12
@Shawnpfletch hope you're going to make the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



 1

View conversation

**Nuteria NY** @nuteriany · Sep 12
@autumnniggles come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY





View conversation

**Nuteria NY** @nuteriany · Sep 12
@brooklynmag come out to the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@ArianaGrande see you at the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!!

👤 Nuteria NY



**Nuteria NY** @nuteriany · Sep 12
@travelwithvince come check out the #GrandOpening of #nutelleriaNY in Park Slope tomorrow at noon!

👤 Nuteria NY



1        1                    View conversation

 **Nuteria NY** @nuteriany · Sep 11

11/13/2014                     Photos and videos by Nuteria NY (@nuteriany) | Twitter



#nutelleria
#GrandOpening
#Brooklyn
#ParkSlope

*just in time...*
# #nutelleria
### refill your craving
### saturday @ noon
82 5th AVENUE - BROOKLYN - NY   |   SEPTEMBER 13th - 2014

36      54



Don't miss any
updates from
Nuteria NY

| Full name |
| Email |
| Password |

**Sign up for Twitter**

### Worldwide Trends
Change

#OkullarOlmasaHayalimiz
#zapeando245
#BestGIFTEver
السعودية_قطر#
#SonraDedimKi
Manoel de Barros
Pdro Snchz
Togon Tanashiri Ohlala
Puskas
Chaves y Griñán

12/17/2014                                           nutelleria - Google Search



nutelleria

Web    Images    Maps    Videos    News    More ▾    Search tools                                    ⚙

About 51,200 results (0.24 seconds)

**Images for nutelleria**                          Report images



More images for nutelleria

**Nuteriany.com**
www.nuteriany.com/ ▾
At our shoppe you can find a quick, nutritious, authentic sweet snack that would satisfy
any craving, guaranteed! We serve only the finest, freshest, and most ...
3 Google reviews · Write a review · Google+ page

⊙  82 5th Avenue, Brooklyn, NY 11217

**nutelleria - Eater NY**
ny.eater.com/tags/**nutelleria** ▾
There's a new **Nutelleria** in town. The opening of New York's first Nutella bar back in
May incited complete mania end this new (unaffiliated) shop in Park Slope ...

**Nutelleria Finally Opens in Park Slope, After Wisely ...**
ny.eater.com/.../**nutelleria**-opens-in-park-slope-after-changing-name-to-n... ▾
Nov 4, 2014 - Remember **Nutelleria**, the unofficial house of Nutella in the works in Park
Slope? It finally opened over the weekend. The "Nutella enthusiasts" ...

**Nutella 'Enthusiasts' Plan Nutelleria in Park Slope - Eater NY**
ny.eater.com/2014/8/26/.../nutella-enthusiasts-plan-**nutelleria**-in-park-slo... ▾
Aug 26, 2014 - Eataly's Nutella Bar will soon no longer be the only Nutella-pushing
venue in town. A Nutella-focused shop called **Nutelleria** is planning to ...

**Nutelleria Coming To 5th Avenue - Park Slope Stoop**
parkslopestoop.com/blog/business/**nutelleria**-coming-to-5th-avenue
A description for this result is not available because of this site's robots.txt – learn
more.

**Inside the World's Most Mysterious Nutella Emporium - Grub ...**
www.grubstreet.com/2014/09/**nutelleria**-park-slope-mystery.html ▾
Sep 18, 2014 - When the world learned last month that an independently owned Nutella
shop called **Nutelleria** would soon open in Brooklyn, the news raised ...

**Nutelleria – the all Nutella restaurant | Eating The World**
https://eatingtheworld.wordpress.com/.../**nutelleria**-the-all-nutella-restaura... ▾
Apr 18, 2013 - The blog Pink Chocolate Break clued us into a new concept for the brand
– 100% Nutella themed restaurants, called **Nutelleria** – now open in ...

**Nutella themed shop Nutelleria coming to Park Slope - am ...**
www.amny.com/.../nutella-themed-shop-**nutelleria**-comin... ▾ AM New York ▾
Aug 26, 2014 - **Nutelleria's** Park Slope storefront at 82 5th Avenue in Brooklyn
promises some sweet treats. (Credit: instagram/nutelleriany).

**Nutelleria - Nio, Greece - Food & Restaurant - About ...**
https://www.facebook.com/Nutelleria/info ▾
**Nutelleria**- Creperie is one of the hottest spots on the island, as the name suggests it is
overflowing with Nutella. Taste our sweet and savory crepes and waffles ...

Searches related to nutelleria

nutelleria locations      nutella
nutelleria menu           nutella recipes
nutelleria **store**          **nutella store**
nutelleria franchise      nutella usa



See photos

**NuteriaNY**                                        Direct

Cafe · Brooklyn

**Address:** 82 5th Avenue, Brooklyn, NY 11217
**Hours:** Open today · 11:00 am – 10:00 pm

**Reviews**                                         Write a re
3 Google reviews

Fe



1 2 3 4 5 6 7 8 9 10          Next

⊕ New York, NY - From your Internet address - **Use precise location** - Learn more

Help        Send feedback        Privacy        Terms

12/17/2014                    Original crepe with Nutella, strawberries and whipped cream | Yelp

| **Find** tacos, cheap dinner, Max's | **Near** New York, NY | Log In |

Home   About Me   Write a Review   Find Friends   Messages   Talk   Events

**yelp**

Nuteria    Photos
## 24 photos for Nuteria

10 of 24



**Sandy C.**
Elite '14  👥 345  ⭐ 546

  Compliment

💬 Send message

**Original crepe with Nutella, strawberries
and whipped cream**
November 30, 2014




From Wing L.
Interior of Nuteria


From Mike C.
Lots of nutella


From Mike C.
Waffle with Nutella,
Peanut Butter &
Nutella...


From Mike C.
Waffle with Nutella,
Peanut Butter &
Nutella...


From Julie L.
Nutella comes to
Brooklyn


From Paula J.
Japanese crepe with
strawberry and
banana!


From Wing L.
Original Crepe with
strawberry Nutella
and whip...


From Sasha B.
it tastes as divine as it
looks !


From Megan K.
More menu....


From Sandy C.
Original crepe with
Nutella, strawberries
and...


From Sandy C.
Japanese crepe with
Nutella, strawberries
and...


From Wing L.
Japanese crepe with
strawberry and
Nutella with...


From Megan K.
Menu!


From Megan K.
Strawberry crepe


From Christina S.


From Olga E.
Nuteria


From Sandy C.
Menu


From Mike C.
Storefront


From Mike C.
Menu


From Mike C.
Seating


From Mike C.
Interior

Original crepe with Nutella, strawberries and whipped cream | Yelp





From Julie L.
Nuteria

From Harry H.

From Lauriane M.

Page 1 of 1

## About

About Yelp
Careers
Press
Investor Relations
Content Guidelines
Terms of Service
Privacy Policy
Ad Privacy Info

## Discover

The Weekly Yelp
Yelp Blog
Support
Yelp Mobile
Developers
RSS

## Yelp for Business Owners

Claim your Business Page
Advertise on Yelp
Yelp SeatMe
Business Success Stories
Business Support
Yelp Blog for Business Owners

## Languages

English ▾

## Countries

United States ▾

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia |
Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities



Copyright © 2004–2014 Yelp Inc. Yelp, yelp⁂, ⁂ and related marks are registered trademarks of Yelp.



**Find** tacos, cheap dinner, Max's       **Near** New York, NY          Log In

Home   About Me   Write a Review   Find Friends   Messages   Talk   Events

Nuteria    Photos
## 24 photos for Nuteria

15 of 24





**Christina S.**
🗳 14   ★ 17

🎗 **Compliment**

💬 **Send message**

November 20, 2014


From Wing L.
Interior of Nuteria


From Mike C.
Lots of nutella


From Mike C.
Waffle with Nutella,
Peanut Butter &
Nutella...


From Mike C.
Waffle with Nutella,
Peanut Butter &
Nutella...


From Julie L.
Nutella comes to
Brooklyn


From Paula J.
Japanese crepe with
strawberry and
banana!


From Wing L.
Original Crepe with
strawberry Nutella
and whip...


From Sasha B.
it tastes as divine as it
looks !


From Megan K.
More menu....


From Sandy C.
Original crepe with
Nutella, strawberries
and...


From Sandy C.
Japanese crepe with
Nutella, strawberries
and...


From Wing L.
Japanese crepe with
strawberry and
Nutella with...


From Megan K.
Menu!


From Megan K.
Strawberry crepe


From Christina S.


From Olga E.
Nuteria


From Sandy C.
Menu


From Mike C.
Storefront

From Mike C.
Menu


From Mike C.
Seating


From Mike C.
Interior


From Julie L.
Nuteria


From Harry H.


From Lauriane M.

Page 1 of 1

**About**
About Yelp
Careers
Press
Investor Relations
Content Guidelines
Terms of Service
Privacy Policy
Ad Privacy Info

**Discover**
The Weekly Yelp
Yelp Blog
Support
Yelp Mobile
Developers
RSS

**Yelp for Business Owners**
Claim your Business Page
Advertise on Yelp
Yelp SeatMe
Business Success Stories
Business Support
Yelp Blog for Business Owners

**Languages**
English ▾

**Countries**
United States ▾

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities



Copyright © 2004–2014 Yelp Inc. Yelp, yelp✺ ✳ and related marks are registered trademarks of Yelp.



## NuteriaNY

ABOUT    MENU    GAME    GALLERY    SOCIAL    LOCATIONS    FAQ    CONTACT

### faq

**how can I get a coupon?**
— every so often (especifically on random Tuesdays), we have offers on our Facebook page or in our email newsletter –
— please join these online communities for more information!

**— does Nuteria offer gift cards?**
— we are currently sold out, please check back, or email us to get on the waiting list

**— how do I purchase the cool Nuteria t-shirts?**
— pick up a t shirt at any of our locations when you visit, just don't ask the pâtissier to take off his

**— can I work at Nuteria?**
— Nuteria is the greatest place in the world to work according to the owner's mom. To work at Nuteria, you've gotta have a
— decent sense of humor and an enthusiastic attitude. Being a Nuterior enthusiast is a big plus. To apply for a job, visit out
— shop

**— why should I subscribe to receive updates and promotions?**
— how else would you find out about new locations, cool offers and other Nuteria news?











**NuteriaNY**

*82 5th Ave., Brooklyn, NY 11217*

Open today until 9:00 PM

Pickup orders ready in 1 minute



Your basket is empty!

Add items to get this order started.

- merch
- 5 items More

Your basket is empty!

Add items to get this order started.

**Online Store All Items**



1/21/2015                          NuteriaNY - Brooklyn, NY | Square Market



1.

Italian Nutella® cup 200g

$6.99



2.

Italian Nutella® bucket 5kg

$89.95



3.

Italian Nutella® jar 825g

$17.99



4.

Italian Nutella® jar 400g

$9.99



5.

Italian Nutella® bucket 3kg

$64.99



**Location**

*82 5th Ave., Brooklyn, NY 11217*

Get Directions

**Contact**

347-370-4444

NuteriaNY.com

**Hours**

Monday

     12 PM – 9 PM

Tuesday

     12 PM – 9 PM

Wednesday

     12 PM – 9 PM

Thursday

     12 PM – 9 PM

Friday

     11 AM – 11 PM

Saturday

     11 AM – 11 PM

Sunday

     11 AM – 10 PM

Powered by Square

- Privacy
- Legal
- Language
  - English
  - Español
  - Français
  - 日本語

