**Stipulation of Dismissal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------x
FERRERO S.P.A. and FERRERO U.S.A., INC.,

                Plaintiffs,

        v.

GCAS GROUP LLC, ANDRE SHELEG, and
GLEB CHEMERISOV,

                Defendants.
------------------------------x

Civil Action No.: cv-15 0564

STIPULATION OF DISMISSAL

    Based on a settlement reached between the parties prior to the Answer being filed and served, Plaintiffs FERRERO S.P.A. and FERRERO U.S.A., INC., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss the above action, without costs. This Court maintains jurisdiction to enforce the terms of the Settlement Agreement among the Parties.

Dated:   New York, NY
           April 28, 2015

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By: _____
     Chester Rothstein, Esq.
     *Attorneys for Plaintiffs*
     90 Park Avenue
     New York, NY 10016
     (212) 336-8000